<sub>FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983</sub>

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_Western_ DIVISION

Larry Charles Howard

ADC # 24843-99

(Enter above the full name of the plaintiff, or plaintiffs, in this action.)

v.

Steven Spanel, Administrator
Dr. Archie Hearns, Physician
Dr. Jimason, Physician, Dr. Johnson, Physician

(Enter above the full name of defendant or defendants, in this action.)

CASE NO. 4:00CV00073 JWC

<sub>FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 03 2000
JAMES W. McCORMACK, CLERK
By: _____ DEPT. CLERK</sub>

This case assigned to District Judge _Woods_
and to Magistrate Judge _Cavaneau_

Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this lawsuit

   Plaintiffs: _____

   _____

   Defendants: _____

   _____

2. Court (if federal court, name the district; if state court, name the county: _____

-1-

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

I. Place of Present Confinement: Pulaski County Detention Facility

II. There is a prisoner grievance procedure in the Arkansas Department of Correction. Failure to complete the grievance procedure may affect your case in federal court.

   A. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

      Yes ✓    No ____

   B. If your answer is YES, Attach copies evidencing completion of the final step of the grievance appeal procedure. FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.

   C. If your answer is NO, explain why not: _____

V. Parties
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of plaintiff: Larry Charles Howard
      Address: Pulaski County Detention Facility
      3201 West Roosevelt Road, Little Rock, Arkansas 72204

Name of plaintiff: _____

Address: _____

Name of plaintiff: _____

Address: _____

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Defendant: Steven Spanel
Position: Administration Office
Place of employment: Pulaski County Jail Medical Department
Address: 3201 West Roosevelt Road, Little Rock, Ark. 72204

Defendant: Dr. Archie Hearns
Position: Physician
Place of employment: Pulaski County Jail Medical Department
Address: 3201 West Roosevelt Road, Little Rock, Ark. 72204

Defendant: Dr. Jimason
Position: Physician
Place of employment: Pulaski County Jail Medical Department
Address: 3201 West Roosevelt Road, Little Rock, Ark. 72204

Defendant:
Position:
Place of employment:
Address:

Defendant: Dr. Johnson
Position: Physician
Place of employment: Pulaski County Jail Medical Department
Address: 3201 West Roosevelt Road, Little Rock, Ark. 72204

-3-

Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Oct. 8, 1999, I was arrested and brought to jail on Charges of 2X Res. Burglary, and a Robbery at which they were reduced to lesser Charges. I was taken to the Pulaski County Work Center, and assigned to the road Crew. After about one (1) week working on the road Crew, I started breaking out with a rash all over my face, neck, and arms. I was taking to the medical department at the main jail, and was

"Please See Attached Sheet"

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To Order Pulaski County Medical Department to bring in a Physician who knows how to treat Patients with the AIDS virus, and take full responsible of my health Condition, and because

"Please See Attached Sheet"

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 20 day of January, 2000

Larry C Howard

Signature(s) of plaintiff(s)

-4-

Scheduled to see a Doctor. on Oct. 22, 1999, I did see, Dr. Jimason, at which time. He diagnosised the rash, and put me on medication, and gave me an ointment to use for two (2) weeks, and order me not to go to work or even get in the sun until I was seen by him again. Also, I am (HIV) positive, and Dr. Jimason, said that may be the reason the rash was so badly breaking out. So Dr. Jimason ordered a blood test and I gave him my Care Doctor, Drexel Jordan, at UAMS medical Center name, and Dr. Jimason, ask me to sign a medical release form so He can get my medical records, and get me started back on my HIV medicine. on Oct 25, 1999, I was called to go back to work. I trued to explain to the work Center Dept what the Doctor had said, but I was given a Disciplinary Repo and brought back to the main jail, and the rashers was breaking and spreading worster than it was. I had to file an Grievance on Nov. 17, 1999, to get the attention of the medical Department on Nov. 22, 1999, I was seen by Doctor Hearns, at which he stated that, I had to many Diseases and it was nothing he could do for me. I knew I had Hipitis C, and Dr. Hearns, said I had Hipitis B also. I asked Dr. Hearns about my (HIV) medici and about the rashers, He order for me to get another strioe shot, and some creme, which the medical Nurses said w to expensive, and I couldn't get it. again, in early Dec. of 1 I was seen again by Dr. Jimason, at which time He exam me, and order another strioed shot, and put me on mor medicine, and order me to the UAMS medical Center to see a Dermatologist. I had to file Grievances on Dec. of 1999 but didn't get any responce. these Grievance was put directly in the hands of Sgt. King and Sgt. Yeats of th

(3 of 1)

Pulaski County Jail per request of the unit Deputy Huges. on Dec. 17, 1999, I was taken to the UAMS Medical Center to see the Dermatologist, and was examine and given two (2) Prescriptions, which the prescription was given to Nurse Smith. after about three (3) days, and my writing to the Arkansas AIDS Foundation, to one of the Case Managers Ms. Susan Goggans, which I am a client, and ask her to call the jail Medical Department to see why I couldn't get my medicine, Ms. Goggans, stated that they didn't they didn't have enough money purchase my medication I also spoke to my other Case manager, Mr. Percy Singertu at the Jefferson Comperhensive Care System. On Dec 20 1999, I file another Grievance, plus my Public Defender Ms. Tuwana Byrds, subpoenaed, Mr. Steven Spanel, to bring my medical Records to a bond hearing. up to Dec 20, 1999, to Jan. 10, 2000, I havent heard anything about my Grievance. Then, on Jan 10, 2000, in the Circuit Courts of the bond hearing, Mr. Spanel, stated that he was going to properly treat my health, and he had all the medicine me. that same day, on Jan. 10, 2000, I was taken to the medical Department at the jail, and was seen by a new Doctor, Dr. Johnson, who examine me, and ordered th medicine to treat me. all they are giving me is the Comiver, Vicept, 25mg HTZ (high Blood Presure medicine) 10 Capoten. plus, I got a responce of my Grievance on Ja 11, 2000, that was delivered to me by Deputy J. Suwell, Mr. Spanel that my medication was ordered, which I havent gotten none of the prescribe Ointments that

the Dermatologist ordered for me. I have ask also about the Vitamin that I suppose to take with the medicine. I Can't even get it, and now I'm beginning to have dirriea.

The new Doctor, Dr. Johnson have said that he is not a AIDS Doctor. I tryed to explain to Dr. Johnson, that I had been on my medicine for about a year an a half, and Stop because of my incarceration, which I have been incarcerated for four (4) months, and I Should be examine by a Doctor who Knows about AIDS. Doctor Johnson order a blood test to check my CD4 Count, but no one has taken any blood from me yet. As a AIDS patient, I was instructed to take this medicine on a schedule time, and was giun other medicine to help with the side effects of the medicine, and was suppose to get a checkup every three (3) to six (6) months. Since I have started taken the medicine, my hold body have been hurting. I have sweating and itching and can't sleep at night, plus, I been having dirriea and been very weak. Everytime I say something to the nurse about my health, they just say o.k. and I don't hear anything else. and the rash that is on my neck, back, and face are looking like it's burnt. I need to see a Doctor who's aware of the AIDS Virus, and knows how to treat it. Nor have I been tested to see what treatment need for this Hipilis C + B, and this rash that is on my neck and back have now gotten in my blood and Skin. Dr. Johnson, only asked me what kind of medicine I was taking. He did not examine me, all Dr. Johnson did was look at the rashes on my neck.

(2 of 1)

"Continue from Page of Relief"

Pains that I have suffered with rash, not able to sleep at night, and the aches and pains of my body, and me not jitting the proper treatment, Reward me 10,000 dollers in punitive damage, and order all <u>names named</u> to <u>respond</u> to my claims

Respectfully Submitted
*Larry C. Howard*
Larry Charles Howard
Book-in Number - 24843-99

# Pulaski County Regional Detention Facility
## Notice of Appeal

Pulaski County Regional Jail

Vs.

Larry Charles Howard

### Reason For Appeal

Comes Now the Inmate, Larry Charles Howard, by an through himself an file this his Appeal in accordance with the Rules of this proceeding and states: that (1) the Inmate, Larry C. Howard, was denied his Rights Under the Due Process Clause. Under the Due Process Rights, every human being has a Right to prove His/Her Innocent in a Court of Law. Here, Sgt. R.L. Talley, Stated that; We Don't Have Time To Run Down, or Question Everybody, and the fact that Nurse Jones and Doctor Jimmason, Statement is Crucial to this disciplinary Charges.

On 10-20-99, which was on a wedenday, I was brought to Medical, because of a rash on my face and neck. However, I was seen by Nurse Jones and after she had given me a shot, and some medication, She told me; I going to set you up to see the doctor Friday, and don't go back out to work until you see him. However, 10-22-99, which was that Friday, I

Larry C. Howard     Date: 10/26/99     "Please see Attached"
Detainee Signature

---

Do Not Write Below This Line

AFFIRMED ✓

REVERSED ___

### COMMENTS
I concur with the Disciplinary Boards Decision

Capt S.D.Smith/349 by AW#511    Date: 10/28/99
Sheriff/Designee Signature

S.D. Smith

# GRIEVANCE FORM
## ONLY ONE (1) GRIEVANCE PER SHEET

**For Office Use Only:**
#: _____
Date Received: _____

**Inmate's Name:** Larry Charles Howard   **Intake #:** 24843-99
**Unit:** Q 316   **Job Assignment:** None
**Have you discussed this problem with your Unit Deputy?** Yes ✓   No ___

**Provide a description, or explain the nature of your problem:**

I have a rash on my neck, and on my face and it's beginning to spread down my back and chest. I have [illegible] slips, showed these rashes to each nurse that comes to the unit, had the unit deputy to call medical, and they're saying one thing but doing nothing. I [illegible] inmate when he went to medical to tell Nurse Smith, and he (the inmate) nurse Smith said She knew about it and was supposed to have come that Tuesday afternoon to see me about this. I haven't seen no one. I can't sleep at night because of the itching, and now it look like it's turning to [illegible] sore.

**What do you want to happen to solve your problem?**

I would like to see a doctor or someone, and get this treated with the proper medicine.

**Inmate's Signature:** Larry C. Howard   **Date:** 11-17-99

**Is this an emergency situation?**   Yes ✓   No ___   **If so, explain why.**

These rashes are continuing to spread down me back and neck, and it's itching to the point I can't sleep.

(An emergency situation is one in which you may be subject to a substantial risk of bodily harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any deputy or department employee who will sign the attached emergency receipt, give you the receipt and deliver the remaining form, without undue delay, to the Watch Commander, or designee.   **Reprisals:** If you are harmed or threatened because of your use of the grievance form, report it immediately to the Watch Commander.

**Abuse of this program will result in disciplinary action.**

# A.A.J.

2422 West 10th Street, Little Rock, Arkansas 72202
Telephone: (501) 376-6299 Fax (501) 376-6544

December 17, 1999

Larry Charles Howard #24843-99
Pulaski County Regional Detention Center
3201 West Roosevelt
Little Rock, AR 72204

Dear Larry;

I was saddened to hear that you have been incarcerated. Spending time in jail is definitely no picnic especially during the holidays. I am troubled also that you are not getting your medications while imprisoned. I will be contacting Drexel Jordan at UAMS and the prison medical authorities to try to ensure that you do get your meds. I have dealt with the Detention Center before so I know not to make any promises, but I will try.

Do put me on your visitation list so that I can come see you. I will also try to bring a few dollars that you can use at the prison store.

Meanwhile, keep your chin up and stay out of trouble. Lay low until you get out. Obey the rules both prison and inmate. I have faith in you Larry that you will get everything that's important in your life put back together. You can do it!

Warmly,

Larry Dearmon

U mel

# GRIEVANCE FORM
## ONLY ONE (1) GRIEVANCE PER SHEET

For Office Use Only:
\#: 99-4132
Date Received: 12-27-99

Inmate's Name: Larry C. Howard        Intake #: 24843-99
Unit: Q-316        Job Assignment: _____
Have you discussed this problem with your Unit Deputy?   Yes ____   No ____
Provide a description, or explain the nature of your problem:

The Medical Department Giving me Some other Kind of Ointment than the Doctor Prescribe for me. On Dec. 17, 1999 Deputy Leslie, took me to UAMS Medical Center to See a Dermatologist, at which time I was examine, and given two prescriptions, one (1) was a Steroid, and the other was a Vaseline Ointment. Deputy Leslie, gave the two prescription to Nurse Smith. Now the medical Department Sent me a Fluocinolone Acetonide Ointment, and this Ointment got me itching again, and it seems that this rash is spreading to my eyes.

What do you want to happen to solve your problem?
I like to have the medicine the Doctor prescribed for me. The itching have been going on for 2 months.

Inmate's Signature: Larry C Howard    Date: 12-20-99

Is this an emergency situation?    Yes ✓   No ____   If so, explain why.
I don't want to go through this itching and not able to sleep all over again, Please.

(An emergency situation is one in which you may be subject to a substantial risk of bodily harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any deputy or department employee who will sign the attached emergency receipt, give you the receipt and deliver the remaining form, without undue delay, to the Watch Commander, or designee.    Reprisals: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Watch Commander.
Abuse of this program will result in disciplinary action.

Inmate's Name: _____ Intake #: _____ Grievance #: _____

## Grievance Officer's Decision

Inmate Howard, per medical, Mr. Spaniel, you were evaluated by the physician on 01-10-00. Medical records were reviewed. Medication was ordered by the physician.

_____   _____   71 9   01-11-00
Signature of Grievance Officer or Designee   Title   D.S.N.   Date

Dep. J. Jewell

_____   _____
Signature of inmate receiving response   Date

## Inmate's Appeal

If you are not satisfied with this response you may appeal this decision within ten (10) days by completing the information below. Remember, you are appealing the decision concerning the original complaint.

Do not list any additional issues which are not part of your original complaint.

**Why do you not agree with this response?**

_____   _____   _____
Inmate's Signature   Intake Number   Date

## Appeal Response

_____   _____   _____   _____
Signature of Chief or Designee   Title   D.S.N.   Date

_____   _____   _____
Inmate's Signature   Intake Number   Date



2422 W. 10th Street
Little Rock, AR 72202
(501)376-6299  (501)376-6544 fax

"Providing medicine & other basic life needs in the fight against HIV/AIDS"

January 3, 2000

Mr. Larry Howard, #24843-99
Pulaski County Detention Center
3201 West Roosevelt Road
Little Rock, Arkansas 72204

Dear Larry:

I am sorry that it has taken so long to write you. I was off for a week; and before that, I had the flu. Larry said that he wrote you, so I went about handling the medication situation and thought I'd wait to write you until I got back to work. I hope that you understand that I was not ignoring you; I just got sick.

I called the attorney, Ms. Byrd, several times the week before last, as you requested, and explained to her the importance that you get your medications while you are incarcerated. I told her that not having the appropriate medications to treat your HIV endangers your very life. I explained that the medications should not be interrupted and why. I told her that you are not getting the rash treated effectively, as well. She explained to me that the jail does not have the money to purchase your HIV medications. We are following up on that here.

Larry told me this morning that he does not know whether or not you are currently receiving your medications. I presume that you still are not receiving the medications that you need. I talked to Drexel this morning and told him what was going on; he said that he was not aware that you are in jail. I also tried to call Ms. Byrd again, and left a message for her to call me back. I called Percy Singleton at JCCS, but he will not be in until tomorrow. I also called the Arkansas Department of Health to get them involved; sometimes that helps.

Rene Patrick at the Arkansas Department of Health (661-2292) said that you need to request that that patient assistance programs be done for your medications, in the case that the jail continues to assert that there is not enough money to purchase your medications. We will try to work something out with the jail in the case that they refuse to do the patient assistance programs. So please keep writing us to let us know what is happening.

I am sorry that you have been going through such rough times. Yet, I think that we've both lived too long on this Earth not to know that everything happens for a reason. It takes different things to "hit bottom" with alcohol and drugs. When I was going through it, what I didn't understand for a long time was that we actually choose what our bottoms are going to be. In other words, we choose to pick back up or to quit. It never seemed like a choice to me, and maybe it doesn't to you. It always seemed like the alcohol and drugs were so powerful that there WAS NO CHOICE. I was wrong. Once I got miserable enough with my drinking life to really work at being sober, I came to AA. And it was hard—the first several months—until I understood how to work the AA program. I believe that AA or NA will work for anyone who wants to get sober—if you put the work into it. This was my way out. Maybe you have found another way out. But I know that this way out will work if you work it, because AA addresses the real reasons that we started to use and teaches us how to live our lives in a sober way. When I came to AA, I had

email: admin@araidsfoundation.org    web site: www.araidsfoundation.org

absolutely no idea how people could live their lives sober. I had to learn a lot of coping skills in the program that for some reason, I just never had.

I will do whatever I can to help you, Larry. I care about you. Please let me know if you want to give AA or NA a try; I can help you find a sponsor. I will continue to work on your medication situation while you are in jail. Please stay in contact and let me know what is going on.

God Bless You!

Wishing you a new start,

Susan Goggans
Director of Client Services
Arkansas AIDS Foundation